LIU & NAIME
OMAR M. NAIME, State Bar No. 234337
8291 Utica Avenue, Suite 100A
Rancho Cucamonga, California 91730
Telephone: (909)941-4114
Facsimile: (909)941-4118

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M., a minor, by and through his guardian ad litem, L.M.,<br>        Plaintiff,<br><br>   vs.<br><br>CHINO VALLEY UNIFIED SCHOOL DISTRICT,<br>        Defendant. | **CASE NO.: 5:17-cv-02536 PA (KKx)**<br><br>**ORDER RE STIPULATION TO DISMISS WITH PREJUDICE**<br><br>**Hon. Percy Anderson** |

///
///
///
///
///
///
///

1- [PROPOSED] ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the parties' "Stipulated Request to Dismiss with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the settlement of the above entitled matter is approved, and the above-referenced action be and hereby is dismissed in its entirety, with prejudice. Each party shall bear his or its own costs and attorneys' fees, except as provided in the Settlement Agreement.

IT IS SO ORDERED.

Dated: March 14, 2018

_____
The Hon. Percy Anderson
United States District Court
Central District of California